UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LINDA O'NEAL,

                Plaintiff,

-against-

STATE UNIVERSITY OF NEW YORK,
HEALTH SCIENCE CENTER BROOKLYN;
MICHAEL BRENNAN, COMMISSIONER
OF EDUCATION; STATE UNIVERSITY
OF NEW YORK,

                Defendants.
------------------------------------------------------------X

JUDGMENT
01-CV-7802 (DGT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ NOV 13 2006 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on November 8, 2006, granting defendants' motion for summary judgment; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered granting defendants' motion for summary judgment.

Dated: Brooklyn, New York
       November 09, 2006
            13

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
     Terry Vaughn
     Chief Deputy of
     Court Operations